2:23mj299-DBP

To whom it may concern,

We are writing this letter on behalf of our nephew, Adam Jacobs. Growing up Adam and his siblings spent a lot of time with us and our children. We love him like he is one of our own. Adam has always been very responsible, reliable, honest, and hard working. He is the fourth child out of eight. Growing up he would help with the care of his younger siblings even while going to High School and working a job. Adam is a caring person who is quick to help others and always there for family.

We know more than ever that Adam needs the support of his family. We have let Adam know that we are here and willing to help him in whatever way we can. Thank you for your time.

FILED US District Court-UT
APR 11 '23 AM07:37

Sincerely.

David and Marcie Jacobs

2:23mj299-DBP

To whom it may concern,

I am writing on behalf of Adam Jacobs in regards to his character and person in general. Adam is my younger brother but many times has been someone I could come to who would show wisdom and compassion. He has dedicated his life to helping others learn and grow. Adam has never once put that character in question in his community. Adam has shown that he cares for the community that he is a part of whether that is family, friends, or business. I have no doubt that Adam will comply with and continue to do what is needed of him. I have met very few people in my life who care about others as much as my brother does.

Thank you for your time,
Christopher Jacobs

2:23-mj-299-DBP

To whom it may concern,

    My name is Nikki Orton. I am writing this letter on behalf of my cousin, Adam Jacobs.  I have always known Adam to be very caring with a great sense of humor. He is an extremely hard worker. Sense his teen years he has had a job. He also cares
very much for his family.  He is always ready to aid his siblings and extended family with what ever they need.  I care
very much about Adam and would like to see him get the help that he needs. I am here for him and will do what I can to support him.   Thank you for your time.

Sincerely,

    Nikki Orton

2:23mj299-DBP

To whom it may concern,

    I am writing this letter on behalf of my brother Adam. Adam and I have been close forever. We are three years apart but the closest sibling to me. I don't ever remember a memory of my childhood with him not in it and him being a huge part of it. Adam always had me laughing and always had a way to make me feel better no matter what I Was going through growing up. That never changed. Even when I left home for college and when I got married and started a family of my own Adam has always had my back and I have always had his we have always stayed close. We have even lived together as adult a few times. He is so easy to be around and has always been a light. He grew up here in Davis county and has always had great groups of friends here. He has built a good life here and has always been a very hard worker from a young age. He got a job as soon as he could and has always worked hard to build a life and be successful. He has so many people who love him and admire him me being one of those. Adam would help me or any one in need at the drop of a hat and has always been very kind and giving. Adam has always been someone that I look up to and admire. His worth ethic and how kind and loving he is. Now more than ever Adam needs our support and I am one that will be supporting and help him ni any way possible that he needs from me. I owe him and I love him so much. I am here for him and will do whatever I can to support him. Thank you so much for your time.

Sincerely,

Whitney Ulrich